BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JAY MAJORS
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6831
Fax: (202) 514-0280

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, ex rel. DEREK HOGGETT and TAVIS GOOD,<br><br>      Plaintiffs,<br>  vs.<br><br>UNIVERSITY OF PHOENIX, APOLLO GROUP, INC., and DOES 1 through 100, Inclusive,<br><br>      Defendants. | 2:10-CV-2478 MCE KJN<br><br>ORDER |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

1.  The Complaint shall be unsealed and served upon the defendants by the relator;

PROPOSED ORDER - UNITED STATES'
NOTICE OF NON-INTERVENTION            1

    2.  All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for this Order and the Notice of Election to Decline Intervention, which the relator shall also serve upon the defendants;

    3.  The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

    4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and may seek to intervene in this action, for good cause, at any time;

    5.  All orders of this Court shall be sent to the United States; and

    6.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the relator shall provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.

    IT IS SO ORDERED.

Dated: May 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER - UNITED STATES'
NOTICE OF NON-INTERVENTION      2