UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and          No. 2:10-cv-02478-MCE-KJN
STATE OF CALIFORNIA, ex rel.
DEREK HOGGETT and TAVIS GOOD,

     Plaintiffs,

   v.                                  <u>MEMORANDUM AND ORDER</u>

UNIVERSITY OF PHOENIX and
APOLLO GROUP, INC.,

     Defendants.

----oo0oo----

    Presently before the Court is a Motion to Dismiss ("Motion")
(ECF No. 12) filed July 12, 2011, by Defendants University of
Phoenix and Apollo Group, Inc. (together "Defendants").  On
August 5, 2011, Relators Derek Hoggett and Tavis Good (together
"Relators") filed a First Amended Complaint (ECF No. 21) and an
Opposition to Defendants' Motion (ECF No. 22).  By way of their
Opposition, Relators opine that they have amended their original
Complaint as of right, apparently intending that their
superseding pleading render Defendants' pending Motion moot.
///

1

The time in which Relators were permitted to amend their
Complaint as of right expired, however, on August 2, 2011.  Fed.
R. Civ. Pro. 15(a) ("A party may amend its pleading once as a
matter of course within...21 days after service of a responsive
pleading or 21 days after service of a motion under Rule 12(b),
(e), or (f), whichever is earlier.").  Accordingly, Relators'
First Amended Complaint is stricken without prejudice to refiling
upon either: 1) the order of this Court issued in response to a
properly noticed motion for leave to amend; or 2) the stipulation
of the parties.  To permit Plaintiff time to either properly
amend the Complaint or to substantively oppose Defendants'
Motion, the hearing on Defendants' Motion to Dismiss is hereby
continued to Tuesday, September 6, 2011, at 2:00 p.m. in
Courtroom 7.  Any opposition to that Motion is to be filed not
later than Tuesday, August 23, 2011, and any reply is to be filed
not later than Tuesday, August 30, 2011.

        IT IS SO ORDERED.

 Dated: August 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2