**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* DEREK HOGGETT and TAVIS GOOD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY OF PHOENIX, APOLLO GROUP, INC., and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:10-CV-02478-MCE-KJN<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER**<br><br>Complaint Filed: September 15, 2010<br><br>Judge: Honorable Morrison C. England, Jr. |

Pursuant to the stipulation of the parties, defendants shall answer the Second Amended Complaint in the above-captioned matter on or before August 10, 2012.

IT IS SO ORDERED.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE