1  DANIEL ROBERT BARTLEY,
   CA Bar No. 79586
2  4040 Civic Center Drive, Suite 200
   San Rafael, CA  94903-4184
3  Telephone 415 898 4741
   Fax 415 898 4841
4  Email DanielBartleyLaw@aol.com

5  SHARON GREEN, CA Bar No. 43392
   3004 Beach View Court
6  Las Vegas, NV  89117
   Telephone 702 596 1931
7  Fax 702 385 4593
   Email vertlaw@aol.com
8
   Attorneys for Derek Hoggett and
9  Tavis Good, Relators

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA and            ) Case No. 2:10-CV-2478 MCE EFB
    STATE OF CALIFORNIA, *ex rel.*          )
15  DEREK HOGGETT and TAVIS GOOD,           ) [
                                            ) **ORDER GRANTING RELATORS LEAVE TO**
16                                          ) **FILE THIRD AMENDED COMPLAINT FOR**
            Plaintiffs,                     ) **DAMAGES, WITH DEMAND FOR JURY**
17                                          ) **TRIAL**
                                            )
18  vs.                                     )
                                            )                              )
19                                          )
    UNIVERSITY OF PHOENIX, APOLLO           )
20  GROUP, INC., and DOES 1 through 100,    )
    Inclusive,                              )
21                                          )
                                            )
22          Defendants.                     )
                                            )
23  _____    )

24

25      Relators Derek Hoggett and Tavis Good have moved the Court for leave to file a "Third

26  Amended Complaint for Damages, with Demand for Jury Trial."  Relators' proposed Third

27  Amended Complaint seeks only to add a new paragraph 10(a) to its predecessor.

28  Defendants have failed a Statement of Non-Opposition to Relators' Motion.

The Court considers five factors in assessing the propriety of leave to amend — bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint.  *Johnson v. Buckley*, 356 F.3d 1067, 1077 (2004).  Here, there is no evidence of delay, prejudice, bad faith, or previous amendments beyond one amendment to correct a clerical error.  Therefore, leave to amend turns on whether amendment would be futile.

Here, in response to Defendants' assertion that Relators failed to give pre-filing notice to the Department of Education, Relators now allege, in revised paragraph 10(a) of the proposed Third Amended Complaint, additional details supporting Relators' claim that pre-filing complaints about Defendants' conduct – paying Enrollment Counselors based on the number of students enrolled, were made to the U.S. Department of Education ("ED").  As indicated above, Defendants do not oppose that amendment.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Relators' motion for leave to amend and file a Third Amended Complaint be, and it hereby is, GRANTED.[1]  Relators are directed to file their proposed Third Amended Complaint within twenty (20) days of the order being electronically filed.

Dated:  October 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

## PROOF OF SERVICE

I declare I am employed in the County of Marin, State of California, by Daniel Robert Bartley Law Offices, 4040 Civic Center Drive, Suite 200, San Rafael, CA, 94903-4184.  I certify that I am over the age of 18.  I hereby certify that on today's date, I electronically filed the foregoing **"PROPOSED ORDER GRANTING LEAVE TO FILETHIRD AMENDED COMPLAINT FOR DAMAGES, WITH DEMAND FOR JURY TRIAL"** with the Clerk of the United States District Court for the Eastern District of California by using the District Court's CM/ECF system.  I certify that all the counsel listed below are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| MATTHEW G. JACOBS (State Bar No. 122066)<br>DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA  95814<br>Telephone:  (916) 930-3200<br>Facsimile:  (916) 930-3201<br>Email: matthew.jacobs@dlapiper.com | Jonathan C. Bunge, Esq., Leonid Feller, Esq., and Alec Solotorovsky<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Tel 312 862-2000  •  Fax 312 862-2200<br>Email Jbunge@kirkland.com |
| Jay D. Majors, Esq.<br>Civil Division - Fraud Section<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>601 D Street, N.W.<br>Post Office Box 261, Ben Franklin Station<br>Washington, D.C. 20004<br>Tel 202 307 0264  •  Fax 202 514 0280<br>Email Jay.Majors@usDOJ.gov | Catherine Swann, Assistant U.S. Attorney<br>Office of the U.S. Attorney<br>Sacramento Federal Courthouse<br>501 " I " Street Suite 10-100<br>Sacramento, CA 95814<br>Tel 916 554-2700  •  Fax 916 554-2900<br>Email Catherine Swann@usdoj.gov |
| Rick Acker, Esq.<br>Deputy Attorney General<br>Office of State of California Attorney General<br>State of California Department of Justice<br>Office of the Attorney General<br>1300 "I" Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Tel 916 445-9555<br>Email Rick.Acker@doj.ca.gov | |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 31st day of July, 2013, in San Rafael, Marin County, California.

By: s/_____
              Daniel Robert Bartley