1  Jonathan C. Bunge (*pro hac vice*)
   Leonid Feller (*pro hac vice*)
2  KIRKLAND & ELLIS LLP
   300 North LaSalle Street
3  Chicago, Illinois  60654
   Telephone: (312) 862-2000
4  Facsimile: (312) 862-2200

5  Todd M. Noonan (SBN 172962)
   W. Scott Cameron (SBN 229828)
6  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
7  Sacramento, CA 95814-4428
   Telephone: (916) 930-3200
8  Facsimile: (916) 930-3201

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **United States of America and State of California,** *ex rel.* **Derek Hoggett and Tavis Good,**<br><br>       Plaintiff,<br><br>v.<br><br>**University of Phoenix, Apollo Group, Inc., and Does 1 through 100, Inclusive,**<br><br>       Defendants. | Case No. 2:10-cv-02478-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT** |

Defendants University of Phoenix and Apollo Group, Inc. ("Defendants"), have filed a written request pursuant to the Courts' Pretrial Scheduling Order for leave to file a brief that exceeds 20 pages, ECF No. 99.  Defendants' request for leave to file a brief of 35 pages is GRANTED.

IT IS SO ORDERED.

**Dated:  July 22, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT